UNITED STATES DISTRICT COURT
FOR THE WESTERN OF WASHINGTON
AT SEATTLE

In The Matter Of:

THE COMPLAINT OF ELLSWORTH AND KATHLEEN SCHOBER, AND THE MARITAL COMMUNITY THEREOF, AND CHRISTOPHER SCHOBER, as owner or owner *pro hac vice* of the M/V SCHO-BOAT for Exoneration from or Limitation of Liability,

Petitioners.

IN ADMIRALTY

NO. 2:19-cv-00320

ORDER GRANTING EX PARTE MOTION
RE: SECURITY FOR COSTS

Based upon Petitioner's Ex Parte Motion re: Security for Costs, it is hereby ORDERED that, pursuant to Rule F(l) of the Supplemental Rules for Certain Admiralty & Maritime Claims, and Local Admiralty Rule 120(b), Petitioner shall deposit with the Court security for costs in the amount of $500 and additional security in the amount of six percent (6%) per annum to be paid into the Court on or before the one-year anniversary of the date of this notice, and on or before each one-year anniversary thereafter until judgment is entered or the case is dismissed.

//

//

ORDER GRANTING EX PARTE MOTION
RE: SECURITY FOR COSTS - 1
Case No.: 2:19-cv-00320

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

DATED this 6th day of June, 2019.

_____
The Honorable Barbara J. Rothstein
United States District Court Judge

ORDER GRANTING EX PARTE MOTION
RE: SECURITY FOR COSTS - 2
Case No.: 2:19-cv-00320

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400