HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN OF WASHINGTON
AT SEATTLE

In The Matter Of:

THE COMPLAINT OF ELLSWORTH AND KATHLEEN SCHOBER, AND THE MARITAL COMMUNITY THEREOF, AND CHRISTOPHER SCHOBER, as owner or owner *pro hac vice* of the M/V SCHO-BOAT for Exoneration from or Limitation of Liability,

Petitioners.

IN ADMIRALTY

NO. 2:19-cv-00320

**ORDER OF DEFAULT JUDGMENT**

THIS MATTER having come before the Court upon Petitioners Ellsworth and Kathleen Schober and Christopher Schober's Motion for Default Judgment, and the Court having considered the evidence and authority in support thereof, including the Motion, pleadings, and other papers filed in this action, and being fully advised in the premises, the Court finds that the relief requested is warranted.

IT IS HEREBY ORDERED that Limitation Petitioners' Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED that the Clerk is directed to enter default judgment in favor of Limitation Petitioners and against all persons and entities who have not appeared in or timely filed claims and/or answers in this action.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

IT IS FURTHER ORDERED that all such persons or entities in default are hereby barred from filing any claims and/or answers in this proceeding.

DATED this 31st day of July, 2019.

*Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN
U.S. DISTRICT COURT JUDGE

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

/s/Amy I. Paden
Amy I. Paden, WSBA 50784
Attorneys for Petitioners

ORDER OF DEFAULT
JUDGMENT - 2 Case No.
2:19-cv-00320