THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In the Matter Of: | IN ADMIRALTY |
|---|---|
| THE COMPLAINT OF ELLSWORTH AND KATHLEEN SCHOBER, AND THE MARITAL COMMUNITY THEREOF, AND CHRISTOPHER SCHOBER, as owner or owner *pro hac vice* of the M/V SCHO-BOAT for Exoneration From or Limitation of Liability | Case No. 2:19-cv-00320-BJR<br><br>**ORDER WITHDRAWING ANSWER AND DISMISSING CLAIMS OF MARINA MANAGEMENT, LLC** |

This matter comes before the Court on Claimant Marina Management, LLC, ("Marina Management") Motion to withdraw its answer and dismiss its claims against Limitation Petitioners. Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby ORDERED, ADJUDGED, and DECREED that Marina Management's Answer is withdrawn and its claims against Limitation Petitioners are dismissed with prejudice and without award of costs to any party for the reason that Marina Management and Limitation Petitioners have reached a full and final settlement.

This withdrawal of the answer and dismissal of the claims of Marina Management, LLC, is made without prejudice to Limitation Petitioner's Complaint for Exoneration from or

ORDER WITHDRAWING ANSWER AND DISMISSING
CLAIMS OF MARINA MANAGEMENT, LLC Page 1
Case No. 2:19-cv-00320-BJR

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

Limitation of Liability (Dkt. No. 1) and without prejudice to the answer and claims of the remaining appearing Claimant, Certain Lloyd's Underwriters Under Contract No. PM500 B0750RNAFB1802185. (Dkt. No. 12).

SO ORDERED

DATED this 1st day of November, 2019

*(signature)*
THE HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

*Presented by:*
LE GROS, BUCHANAN & PAUL

By: *s/ Dustin C. Hamilton*
DUSTIN C. HAMILTON, WSBA #40451
By: *s/ Mary C. Butler*
MARY C. BUTLER, WSBA #44855
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Telephone: (206) 623-4990
Fax: (206) 467-4828
Email: dhamilton@legros.com
mbutler@legros.com
Attorneys for Marina Management, L.L.C.

ORDER WITHDRAWING ANSWER AND DISMISSING
CLAIMS OF MARINA MANAGEMENT, LLC Page 2
Case No. 2:19-cv-00320-BJR

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Amy I. Paden, Esq.
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Phone: (206) 443-3400
Email: apaden@bmjlaw.com
*Attorneys for Petitioners*

Michael A. Jaeger, Esq.
Lynn L. Krieger, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Phone: (206) 436-2020
Email: Michael.jaeger@lewisbrisbois.com
*Attorneys for Certain Lloyd's Underwriters*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/ Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone: 206-623-4990
Facsimile: 206-467-4828

ORDER WITHDRAWING ANSWER AND DISMISSING CLAIMS OF MARINA MANAGEMENT, LLC Page 3
Case No. 2:19-cv-00320-BJR

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990