HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN OF WASHINGTON
AT SEATTLE

In The Matter Of:

THE COMPLAINT OF ELLSWORTH AND KATHLEEN SCHOBER, AND THE MARITAL COMMUNITY THEREOF, AND CHRISTOPHER SCHOBER, as owner or owner *pro hac vice* of the M/V SCHO-BOAT for Exoneration from or Limitation of Liability,

Petitioners.

IN ADMIRALTY

NO. 2:19-cv-00320

**FINAL JUDGMENT AND ORDER TO DISBURSE FUNDS FROM THE COURT REGISTRY**

The Court, having reviewed the Limitation Plaintiffs' Motion for Entry of Final Judgment and the record to date, hereby finds and orders:

1. Limitation Plaintiffs' Motion for Entry of Final Judgment is GRANTED;

2. Persons and entities who did not file a claim or answer on or before July 17, 2019, are not permitted to pursue any proceedings of any nature or description in any venue whatsoever against Limitation Plaintiffs, their agents, servants or employees, or against the Vessel for injury, death, or other damage arising out of the fire which broke out on the SCHO-BOAT on January 13, 2019, while the Vessel was docked at the Lakewood Moorage in Seattle on the shores of Lake Washington.

3. The security for costs filed by the Limitation Plaintiffs in the amount of $500.00 (Dkt. #8) is hereby cancelled and discharged;

FINAL JUDGMENT - 1 Case No.
2:19-cv-00320

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

4. In accordance with LCR 67(b), the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principle amount of $500.00 plus all accrued interest, minus any statutory users fees, payable to Bauer, Moynihan, & Johnson, LLP, in trust, and mail or deliver the check to Bauer, Moynihan, & Johnson, LLP; and

5. This case is hereby CLOSED.

DATED this 4th day of February, 2020.

_____
The Honorable Barbara J. Rothstein
United States District Judge

PRESENTED BY:

BAUER MOYNIHAN & JOHNSON LLP

/s/Amy I. Paden
Amy I. Paden, WSBA 50784
Attorneys for Limitation Plaintiffs

FINAL JUDGMENT - 2 Case No.
2:19-cv-00320

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400